FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 OCT 10 PM 3: 38

OFFICE OF THE CLERK

United State District Cart Nebraska
Joshua Doctor
vs
City of Omaha
Police Depart, douglas County Sheriff
and Bivens unknown John Doe
Police officers.

Case 8:17CV377

1983 Civil Action
and IFP request

Police Defendants, acting in concert and under color of state law, seized illegally 5,512.00 from us at reinhert food Omaha NE, on or about 8-18-17 "Sans" any hearing, due process measure, proceedings of any kind and continue to hold distrain same on pretext of some Nebulous Investigation of some unspecified

-1-

Crime.
Defendants have violated our Constitutional Rights of due process and equal protection of law, Guranteed by the 4th, 5th, 8th, and 14th amendments to the United States Constitution.

We pray that the court will declare the seizure illegal and Unconstitutional. We pray that the court will order our money return to us.

Plantiff is ~~app~~ a "~~paupers~~" praying leave to ~~proceed in~~ "informa praupers". We annex our poverty affidavit.

10/10/17

Joshua Dortch
6335 Vane St
Omaha NE 68152

~~Property Affidavit~~

10-4-17     ~~Joshua Patel~~
            ~~6335 Vane St~~
            ~~Omaha NE 68152~~

Nebraska        )
County of Douglas ) ss
                 Affidavit

Being duly sworn we show on or about 8-18-17 Omaha police came to Reinhart food Transportation and illegally seized 5,500 and continued to illegally distrain same on pretext of investigation.

We pray our property returned to ~~us~~

-2-

US as is said, Showing we own money and entitled to immediated delivery of the saying.

Subscribed and Sworn to before me this 4th Day of Oct, 2017

Joshua Doe

GENERAL NOTARY - State of Nebraska
ISELA HERRERA-GONZALEZ
My Comm. Exp. June 4, 2021

Notary

Request for summons
TO: Clerk of Court
Issues summons to the Omaha police Department

3